◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIXTO BELLO, Appellant. [657 NYS2d 347] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ferdinand, J.), rendered May 11, 1994, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The jury was free to reject the defendant's affirmative defense of extreme emotional disturbance (*see, People v Maher,* 89 NY2d 456; *People v Ayala,* 221 AD2d 457; *People v David,* 143 AD2d 1031; *see also, People v Casassa,* 49 NY2d 668, *cert denied* 449 US 842).

The defendant's remaining contentions are without merit. Miller, J. P., Sullivan, Santucci and Joy, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BRYANT, Appellant. [657 NYS2d 347] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered July 12, 1995, convicting him of criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant argues that the court improvidently exercised its discretion in not affording him youthful offender status when imposing sentence. By failing to request youthful offender treatment at sentencing, the defendant waived his right to seek appellate review of this issue (*see, People v Bellezza,* 159 AD2d 713). In any event, the defendant's contention is without merit (*see, People v Bellezza, supra; People v Hayes,* 115 AD2d 910). Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.